Form G5 (20241101)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 25-02549 |
| Jennfier A Torkilsen | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | SELECT IF OUTLYING AREA |
| | ) | |
| Debtor(s) | ) | |

## AGREED REPAYMENT AND DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of Freedom Mortgage Corporation, the mortgagee on the property located at 5434 S 72nd Ct, Summit, IL 60501, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to Freedom Mortgage Corporation of $6,443.45 through September 2025, after crediting the tender of payments made through August 26, 2025. The default is calculated as follows:

June 2025 through September 2025 = 4 @ $2,473.89 $9,895.56
Bankruptcy fees and costs $1,549.00
Less funds previously tendered ($5,000.00)
Less funds in suspense ($1.11)
Total default amount remaining $6,443.45

The Debtor must tender the following payments on or before the following dates:

On or before October 1, 2025 One post-petition mortgage payment + $1,073.91
On or before November 1, 2025 One post-petition mortgage payment + $1,073.91
On or before December 1, 2025 One post-petition mortgage payment + $1,073.91
On or before January 1, 2026 One post-petition mortgage payment + $1,073.91
On or before February 1, 2026 One post-petition mortgage payment + $1,073.91
On or before March 1, 2026 One post-petition mortgage payment + $1,073.90

2. The current post petition mortgage payment is $2,473.89, and may change due to adjustable interest rates, escrow requirements, or other similar matters as applicable.

3. Payments shall be made payable to Freedom Mortgage Corporation, in the form of money orders, certified checks, or cashier's checks and sent to: 11988 EXIT 5 PKWY BLDG 4, Fishers, IN 46037-7939.

4. If the Debtor defaults on the payments under paragraph 1, then Freedom Mortgage Corporation

will provide a 14-day Notice of Default to the Debtor, Co-Debtor and Debtor's Attorney.

5. The notice will be filed with the court with a certificate showing service on the debtor, co-debtor and the debtor's lawyer. If the default is not cured in the time specified in the notice, Freedom Mortgage Corporation will file a Notice of Termination of the stay.

6. The Notice of Termination will be filed with a certificate of service showing service on the debtor, co-debtor and the debtor's lawyer. The Notice of Stay Termination terminates the automatic stay so as not to Freedom Mortgage Corporation from pursuing in rem rights under non-bankruptcy law in the property located at 5434 S 72nd Ct, Summit, IL 60501, effective on the date it is filed. The stay in Rule 4001(a)(4) does not apply to the Notice of Stay Termination.

7. If McCalla Raymer Leibert Pierce, LLC sends out any Notices of Default under this Order, the Debtor must pay $100.00 per Notice in certified funds to McCalla Raymer Leibert Pierce, LLC in addition to the funds necessary to cure the default cited in the Notice. These $100.00 payments constitute attorney's fees and must be paid within the same 14-day cure period outlined in paragraph 4 of this Order.

Enter: Jacqueline P. Cox
J. Cox

United States Bankruptcy Judge

Dated: 9/22/25

**Prepared by:**
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602