UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   25-02549 |
| Jennfier A Torkilsen | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

This matter coming to be heard on the motion of Ally Bank, for Relief from Stay, IT IS HEREBY ORDERED:

1. Pursuant to the Motor Vehicle Retail Installment Contract, Debtor shall make monthly payments in the amount of $649.77 directly to Ally Bank, continuing with the December 24, 2025 post-petition payment.

2. In addition to the current monthly contract payment, Debtor must submit to Ally Bank, the sum of $660.00 on or before the fifteenth day of each month beginning December 2025 through and including April 2026, and then the sum of $647.7 on or before the fifteenth day of May 2026, to cure the post-petition default as follows:

| | |
|---|---|
| Post-Petition Arrears | $3,573.7 |
| Filing Fee | $199.00 |
| Attorney Fee | $175.00 |
| Total | $3,947.7 |

*Repayment over six months
* Pre-petition arrears are $867.15.

3. If Ally Bank, does not receive any two payments required under Paragraphs 1 and 2 by the due date, Ally Bank may issue a Notice of the Default stating the amount of the default and giving the debtor 14 days to cure the default. The Notice of Default must be filed with the court with a certificate of service on the debtor and the debtor's lawyer. If the debtor does not cure the default by 14 days from the filing date of the Notice of Default, then Ally Bank, may file a Notice of Termination of the Stay with a certificate of service on the debtor and the debtor's lawyer. The Notice of Termination terminates the automatic stay to permit Ally Bank, to exercise its in rem rights under non bankruptcy law in the collateral, one 2019 Chevrolet Suburban Utility 4D 1500 LT 4WD 5.3L V8, VIN 1GNSKHKC5KR348388, effective on the date it is filed.

4. If Ally Bank, does not receive proof of full coverage insurance pursuant Ally Bank, may issue a Notice of the Default stating that the debtor has 7 days to provide Ally Bank, with proof of full coverage insurance on the aforesaid vehicle. The Notice of Default must be filed with the court with a certificate of service on the debtor and the debtor's lawyer. If the debtor does not cure the default by 7 days from the filing date of the Notice of Default, then Ally Bank, may file a Notice of Termination of

the Stay with a certificate of service on the debtor and the debtor's lawyer. The Notice of Termination terminates the automatic stay to permit Ally Bank to exercise its in rem rights under non-bankruptcy law in the collateral, one 2019 Chevrolet Suburban Utility 4D 1500 LT 4WD 5.3L V8, VIN 1GNSKHKC5KR348388 effective on the date it is filed.

5. Attorney's fees in the amount of $175.00 and costs in the amount of $199.00 are allowed.

_/s/_____Michelle E. Mandroiu  _____          /s/ James M. Philbrick_____
Attorney for Debtor                                                    Attorney for Ally Bank

Enter:     _Jacqueline P. Cox_
_____

Honorable Jacqueline Cox

Dated:  December 22, 2025                                United States Bankruptcy Judge

**Prepared by:**

James M. Philbrick
Law Offices of James M. Philbrick, P.C.
P.O. Box 351
Mundelein, IL 60060
Phone: (847) 949-5290
jamesphilbrick@comcast.net