

333 West Wacker Drive
Chicago, IL  60606
T. (312) 346-9088
**www.mccalla.com**"Office Hours: Monday - Friday
9am - 5pm (Central)"

| | |
|---|---|
| ALABAMA | NEVADA |
| CALIFORNIA | NEW JERSEY |
| CONNECTICUT | NEW YORK |
| FLORIDA | OHIO |
| GEORGIA | OREGON |
| ILLINOIS | TEXAS |
| KENTUCKY | WASHINGTON |
| MISSISSIPPI | |

March 5, 2026

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Jennfier A Torkilsen
5434 S 72nd Ct
Summit Argo, IL 60501

Re: Jennfier A Torkilsen
Case No.: 25-02549
Loan No.: XXXXXX3561
Mortgagee: Freedom Mortgage Corporation

### NOTICE OF DEFAULT UNDER ORDER

To whom it may concern:

Our office represents Freedom Mortgage Corporation in the above captioned Chapter 13 Bankruptcy matter.  On, September 22, 2025 the Bankruptcy Court entered the attached Order.  Please be advised that the Order provides that the stay would modify to Freedom Mortgage Corporation in the event that a default of two monthly post-petition payments accrues.

At this time, the last payment applied by the mortgage company or its attorneys Freedom Mortgage Corporation was $2,476.21 on January 2, 2026, which brought the loan due for the December 1, 2025 post-petition payment.  As of today, there exists a default of $11,721.94 through cure payment March 1, 2026. (Including suspense in the payment of $2.32).

The order reflects that a 14-day notice be sent to the debtor and the debtor's attorney.  This letter constitutes said notice.

Further, the order requires that the debtor pay McCalla Raymer Leibert Pierce, LLP in certified funds, $100.00 for attorney fees.  These additional funds **must be made payable to McCalla Raymer Leibert Pierce, LLP and received by this office at the above address within 14 days from the date of this notice.**

Unless the debtor tenders $11,721.94 in certified funds, payable to Freedom Mortgage Corporation and also pays in certified funds $100.00 payable to McCalla Raymer Leibert Pierce, LLP at the address listed above within 14 days from the date of this notice the stay shall automatically modify to Freedom Mortgage Corporation.  **All money orders, cashier's checks, and certified checks must be made payable to the mortgage company, not McCalla Raymer Leibert Pierce, LLP.  All funds must be delivered or mailed to the address at the top of this letter.**

Sincerely,

Freedom Mortgage Corporation
*/s/Dana  O'Brien*
Dana  O'Brien
ARDC No. 6256415

Bankruptcy Department
McCalla Raymer Leibert Pierce, LLP
333 West Wacker Drive
Chicago, IL 60606
(312) 346-9088

Encl.
[Include: Agreed Order MFR]

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| JENNFIER A TORKILSEN, | ) | NO.: 25-02549 |
| | ) | |
| Debtors, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: Jacqueline P. Cox |
| | ) | |

## CERTIFICATE OF SERVICE

TO:   SEE ATTACHED ADDRESSES

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses at
tached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1
N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on March 5, 2026, with
proper postage prepaid.

Respectfully Submitted,
*/s/Dana O'Brien*
Dana O'Brien
ARDC# 6256415
McCalla Raymer Leibert Pierce,
LLP
1 N. Dearborn St.
Suite 1300
Chicago, IL 60602
/tp/

## SERVICE LIST

To Trustee:
Thomas H. Hooper                                    *by Electronic Notice through*
Office of the Chapter 13 Trustee                    *ECF*
55 E. Monroe St.
Suite 3850
Chicago, IL 60603

To Debtor:
Jennfier A Torkilsen                                *Served via U.S. Mail*
5434 S 72nd Ct
Summit Argo, IL 60501

To Attorney:                                        *by Electronic Notice through*
David H Cutler                                      *ECF*
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

McCalla Raymer Leibert Pierce, LLP
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

Form G5 (20241101)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          Case Number: 25-02549
Jennfier A Torkilsen                       )
                                          )
                                          )          Chapter:  13
                                          )             Honorable Jacqueline Cox
                                          )             SELECT IF OUTLYING AREA
                                          )
            Debtor(s)                      )

## AGREED REPAYMENT AND DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of Freedom Mortgage Corporation, the mortgagee on the property located at 5434 S 72nd Ct, Summit, IL 60501, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to Freedom Mortgage Corporation of $6,443.45 through September 2025, after crediting the tender of payments made through August 26, 2025. The default is calculated as follows:

June 2025 through September 2025 = 4 @ $2,473.89 $9,895.56
Bankruptcy fees and costs $1,549.00
Less funds previously tendered ($5,000.00)
Less funds in suspense ($1.11)
Total default amount remaining $6,443.45

The Debtor must tender the following payments on or before the following dates:

On or before October 1, 2025 One post-petition mortgage payment + $1,073.91
On or before November 1, 2025 One post-petition mortgage payment + $1,073.91
On or before December 1, 2025 One post-petition mortgage payment + $1,073.91
On or before January 1, 2026 One post-petition mortgage payment + $1,073.91
On or before February 1, 2026 One post-petition mortgage payment + $1,073.91
On or before March 1, 2026 One post-petition mortgage payment + $1,073.90

2. The current post petition mortgage payment is $2,473.89, and may change due to adjustable interest rates, escrow requirements, or other similar matters as applicable.

3. Payments shall be made payable to Freedom Mortgage Corporation, in the form of money orders, certified checks, or cashier's checks and sent to: 11988 EXIT 5 PKWY BLDG 4, Fishers, IN 46037-7939.

4. If the Debtor defaults on the payments under paragraph 1, then Freedom Mortgage Corporation

Form G5 (20241101)

will provide a 14-day Notice of Default to the Debtor, Co-Debtor and Debtor's Attorney.

5. The notice will be filed with the court with a certificate showing service on the debtor, co-debtor and the debtor's lawyer. If the default is not cured in the time specified in the notice, Freedom Mortgage Corporation will file a Notice of Termination of the stay.

6. The Notice of Termination will be filed with a certificate of service showing service on the debtor, co-debtor and the debtor's lawyer. The Notice of Stay Termination terminates the automatic stay so as not to Freedom Mortgage Corporation from pursuing in rem rights under non-bankruptcy law in the property located at 5434 S 72nd Ct, Summit, IL 60501, effective on the date it is filed. The stay in Rule 4001(a)(4) does not apply to the Notice of Stay Termination.

7. If McCalla Raymer Leibert Pierce, LLC sends out any Notices of Default under this Order, the Debtor must pay $100.00 per Notice in certified funds to McCalla Raymer Leibert Pierce, LLC in addition to the funds necessary to cure the default cited in the Notice. These $100.00 payments constitute attorney's fees and must be paid within the same 14-day cure period outlined in paragraph 4 of this Order.

Enter: *Jacqueline B. Cox*

*J. Cox*

United States Bankruptcy Judge

Dated: 9/22/25

**Prepared by:**
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602